[No. 8722–3–I. Division One. December 8, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL J. KELLY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–8–00910–7, David W. Soukup, J., entered January 4, 1980. *Dismissed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 7834–8–I. Division One. December 8, 1980.]

FRASER D. L. MACDONNELL, *Respondent,* v. GEORGE B. ARMSTRONG, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 844960, Francis E. Holman, J., entered June 28, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by James, A.C.J., and Ringold, J.

[No. 7875–5–I. Division One. December 8, 1980.]

CRAIG OLIN LINTS, *Respondent,* v. HAROLD C. LANGE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 37240, Harry A. Follman, J., entered July 11, 1979. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Callow, C.J., and Durham, J.